## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

WILLIAM RHEA and ANTONIO PEREZ,
individually and on behalf of all others
similarly situated,

        *Plaintiffs*,

  v.

DIESEL ROUSTABOUT SERVICES, LLC,

        *Defendant*.

Case No.: 2:23-cv-921-DLM-KRS

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Based upon good cause shown, Defendant's Unopposed Motion for Extension of Time to File a Responsive Pleading is **GRANTED**;

Defendant shall have until January 10, 2024, to file a responsive pleading or motion directed to Plaintiffs' Complaint. The statute of limitations for putative class members shall be tolled for the duration of the extension.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE