IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILLIAM RHEA and ANTONIO PEREZ, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DIESEL ROUSTABOUT SERVICES, LLC,<br><br>   *Defendant*. | Case No.: 2:23-cv-921-DLM-KRS |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESET THE TELEPHONIC RULE 16 SCHEDULING CONFERENCE AND DEADLINES FOR JOINT STATUS REPORT AND RULE 26(a)(1) INITIAL DISCLOSURES**

  Based upon good cause shown, Defendant's Unopposed Motion to Reset the Telephonic Rule 16 Scheduling Conference ("Rule 16 Conference") and Deadlines for Joint Status Report and Rule 26(a)(1) Initial Disclosures is **GRANTED**;

  The Rule 16 Conference currently set for February 21, 2024, at 10:30 a.m. is now set for **February 27, 2024 at 11:30 a.m.**

  The Joint Status Report and Rule 26(a)(1) Initial Disclosures will be due one week prior on **February 20, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE