IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILLIAM RHEA and ANTONIO PEREZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIESEL ROUSTABOUT SERVICES, LLC,<br><br>*Defendant*. | Case No.: 2:23-cv-921-KG-KRS |

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY FOR COLLECTIVE CERTIFICATION AND BRIEFING FOR CONDITIONAL CERTIFICATION**

Based upon good cause shown, the Parties' Joint Motion to Stay Discovery for Collective Certification and Briefing for Conditional Certification is **GRANTED**;

The Parties shall inform the Court **no later than July 12, 2024** whether the case will be proceeding on a collective or individual basis. If the case proceeds as a collective action, the parties shall submit a proposed revised scheduling order **no later than July 26, 2024**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE