IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO PEREZ,

    Plaintiff,

v.                                    No. 2:23-cv-921 KG/KRS

DIESEL ROUSTABOUT SERVICES, LLC,

    Defendant.

## ORDER GRANTING JOINT MOTION TO POSTPONE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the parties' Joint Motion to Postpone Settlement Conference, (Doc. 29), filed August 20, 2024.  The parties ask the Court to vacate the August 27, 2024 settlement conference so they can conduct further discovery.  The parties also request that the Court set a deadline of August 27, 2024 for the parties to file a proposed schedule for amended pleadings, and that the parties file a revised scheduling order fourteen (14) days after Defendant files its answer to Plaintiff's amended complaint.  Having considered the Joint Motion and record of the case, the Court finds the motion is well-take and shall be granted.

IT IS THEREFORE ORDERED that the August 27, 2024 settlement conference and associated deadlines are VACATED.

IT IS FURTHER ORDERED that the parties shall jointly submit a proposed schedule for amended pleadings **no later than August 27, 2024**, and upon the Court's adoption of a new schedule, the parties shall submit a revised scheduling order **no later than fourteen (14) days** after Defendant files its answer to Plaintiff's amended complaint.  The revised scheduling order shall contain a proposed date for a rescheduled settlement conference.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE