IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO PEREZ,

    *Plaintiff*,

v.

DIESEL ROUSTABOUT SERVICES, LLC,      No. 2:23-cv-921 KG/KRS

    *Defendant*.

## ORDER GRANTING JOINT MOTION PROPOSING SCHEDULE FOR AMENDED PLEADINGS

THIS MATTER is before the Court on the parties' Joint Motion Proposing Schedule for Amended Pleadings, (Doc. 31), filed August 27, 2024. Having considered the Joint Motion and record of the case, the Court finds the motion is well-take and shall be granted.

IT IS THEREFORE ORDERED that Plaintiff shall file his amended complaint **no later than September 6, 2024**.

IT IS FURTHER ORDERED that Defendant shall file its responsive pleading **no later than twenty-one (21) days** after Plaintiff files his amended complaint.

IT IS FURTHER ORDERED that the parties shall submit a revised scheduling order to the court **no later than fourteen (14) days** after Defendant files its responsive pleading.

                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE