# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTONIO PEREZ,

    *Plaintiff*,

v.                                                             Case No.: 2:23-cv-921-KG-KRS

DIESEL ROUSTABOUT SERVICES, LLC,

    *Defendant*.

## ORDER

THIS MATTER comes before the Court upon a Motion to Withdraw filed by Defendant who requests that attorney Benjamin R. Saul be allowed to withdraw as counsel of record.

WHEREFORE, Defendant asks this Court to enter an Order withdrawing Benjamin R. Saul as counsel of record for Defendant.

HAVING appeared to the undersigned that good cause exists for the withdrawal, and that Defendant consents to and will not be prejudiced by such withdrawal, the Motion to Withdraw is hereby GRANTED.

                                                    /s/ KENNETH J. GONZALES[1]
                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.