IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO PEREZ,

    Plaintiff,

v.                                                        No. 2:23-cv-921 KG/KRS

DIESEL ROUSTABOUT SERVICES, LLC,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion For Continuance Of The Scheduling Order And The Order Setting Settlement Conference ("Motion") (Doc. 48). The Court has considered the Motion, and noting the parties' agreement, finds good cause to grant it.

Accordingly, the deadlines in the most recent Scheduling Order (Doc. 40) are extended as follows:

    (a)    The date on which discovery terminates is extended to **September 18, 2025**.

    (b)    The deadline for discovery motions is extended to **October 8, 2025**.

    (c)    The deadline for all other motions is extended to **October 20, 2025**.

Insofar as the request to extend the deadlines in the current Order Setting Settlement Conference (Doc. 45) is concerned, the Court will vacate those deadlines by separate text order, and a new Settlement Conference date and associated deadlines will be set in a separate stand-alone order.

**SO ORDERED** this 24th day of June 2024.

                                                          */s/ Kevin Sweazea*
                                                          KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE